ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
jzlotlow@heroldsagerlaw.com
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Tel: (702) 990-3624
Fax: (702) 990-3835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS LONDON, a London corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ADMIRAL INSURANCE COMPANY, a New Jersey corporation,<br><br>Defendants. | CASE NO. 2:16-cv-01634-APG-GWF<br><br>**STIPULATION RE BRIEFING ON LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation Re Briefing on Lexington's Motion to Dismiss.

///

///

---
1
STIPULATION RE BRIEFING ON LEXINGTON'S MOTION TO DISMISS   CASE NO. 2:16-cv-01634-APG-GWF

1  WHEREAS, Lexington filed a Motion to Dismiss on October 19, 2016 (ECF Nos. 11 and 12) (the "Motion");

2  WHEREAS, the Motion makes various arguments as to why Centex's claims against Lexington should be dismissed relying in part on the language of the Lexington policies at issue;

3  WHEREAS, the Motion did not include copies of the Lexington policies themselves, but rather correspondence between Lexington and Centex in which the parties disputed Centex's rights and Lexington's obligations under the policies based in part of the policy language;

4  WHEREAS, Centex has requested additional policy information in order to respond to the Motion;

5  WHEREAS, Lexington is working towards obtaining certified copies of the insurance policies and intends to supplement the Motion with these certified copies;

6  WHERAS, Lexington and Centex agree that it would be best for this Court to address the issue of the proper interpretation of the language of the Lexington policies with complete copies of the Lexington policies in the Court's records at the time it addresses the Motion;

7  NOW, THEREFORE, Centex and Lexington, by and through their respective counsel of record, hereby stipulate that Lexington shall supplement the Motion with certified copies of the insurance policies addressed therein and that Centex's opposition to the Motion shall be filed and served within 10 calendar days of the filing of Lexington's supplemental papers and Lexington's reply papers shall be filed and served within 10 calendar days thereafter.

DATED: October 27, 2016                    PAYNE & FEARS LLP

                                By:   /s/ Sarah J. Odia (as authorized 10/27/16)
                                      SCOTT S. THOMAS, ESQ.
                                      sst@paynefears.com
                                      SARAH J. ODIA, ESQ.
                                      sjo@paynefears.com
                                      Attorneys for Plaintiff CENTEX HOMES

**IT IS SO ORDERED.**

Dated: October 27, 2016.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

DATED: October 27, 2016

HEROLD & SAGER

By: /s/ Andrew D. Herold
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys For Defendant
LEXINGTON INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE