Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; UNDERWRITERS AT LLOYDS LONDON, a London corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ADMIRAL INSURANCE COMPANY, a New Jersey corporation,<br><br>Defendants. | Case No. 2:16-cv-01634-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY** |

The above-named parties, by and through their respective counsel of record, hereby stipulate and agree to stay discovery in the above-captioned litigation until the Court issues a ruling on Lexington Insurance Company's ("Lexington") motion to dismiss Centex Homes' ("Centex") complaint (ECF No. 11), which defendant Zurich American Insurance Company has joined. (ECF No. 19). Lexington's motion to dismiss involves an issue central to this case and central to coverage under many of the defendants' insurance policies. The parties do not want to expend resources performing discovery until the Court issues a ruling on the dispositive issues

raised in Lexington's motion.

Lexington filed a nearly identical dispositive motion in a similar case that is currently pending entitled *Centex Homes v. Everest Nat'l Ins. Co., et al.*, D. Nev. Case No.: 2:16-cv-01275-GMN-PAL (hereinafter "*Callaway*").  The Court in the *Callaway* case recently stayed discovery due to Lexington's pending dispositive motion.  (ECF No. 37 in *Callaway*).

The parties thus stipulate and agree that discovery in this case should be stayed until after the Court issues a ruling on Lexington's motion, in order to save resources and promote efficiency.

Dated: December 19, 2016

PAYNE & FEARS LLP

By: */s/ Sarah J. Odia*

    Scott S. Thomas, Esq.
    Sarah J. Odia, Esq.
    7251 W. Lake Mead Blvd., Suite 525
    Las Vegas, NV 89128
    Telephone: (702) 382-3574

Attorneys for Plaintiff CENTEX HOMES

Dated: December 19, 2016

HEROLD & SAGER

By:   */s/ Joshua Zlotlow*

    Joshua Zlotlow, Esq.
    3960 Howard Hughes Pkwy, Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 990-3624

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

Dated: December 19, 2016

MORALES FIERRO& REEVES

By:   */s/ Ramiro Morales*

    Ramiro Morales, Esq.
    600 S. Tonopah Drive, Ste. 300
    Las Vegas, NV 89106
    Telephone: (702) 669-9455

Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

Dated: December 19, 2016

SELMAN BREITMAN LLP

By:   */s/ David A. Astengo*

    David A. Astengo, Esq.
    3993 Howard Hughes Pkwy., Suite 200
    Las Vegas, NV 89169
    Telephone: (702) 228-7717

Attorneys for Defendant EVEREST NATIONAL INSURANCE COMPANY

Dated: December 19, 2016

ROPERS, MAJESKI, KOHN & BENTLEY

By: ___*/s/ Timothy J. Lepore*___
    Timothy J. Lepore, Esq.
    3755 Howard Hughes Parkway, Ste. 200
    Las Vegas, NV 89123
    Telephone: (702) 954-8310

Attorneys for Defendant CERTAIN UNDERWRITERS AT LLOYDS LONDON

**ORDER**

IT IS SO ORDERED.

DATED: December 21, 2016

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE

4839-1041-9006.2